[Reset Form]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
2014 MAY -9 PM 4:39

## CASE SUMMARY

Case Number **CR 14 00267**
U.S.A. v. MICHAEL THOMAS CARRANZA
[✓] Indictment   [ ] Information

Defendant Number 6
Year of Birth 1968
Investigative agency (FBI, DEA, etc.) DEA

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a:
  [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
  [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  Ongoing

c. County in which first offense occurred
  Los Angeles

d. The crimes charged are alleged to have been committed in:
  CHECK **ALL** THAT APPLY
  [✓] Los Angeles   [ ] Ventura
  [ ] Orange        [ ] Santa Barbara
  [ ] Riverside     [ ] San Luis Obispo
  [✓] San Bernardino [ ] Other _____

Citation of Offense  21 USC 846

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes
  IF YES  Case Number  N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED
**CASE**  N/A

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  N/A
Case Number  N/A
Charging  N/A

The complaint:  [ ] is still pending
  [ ] was dismissed on:  N/A

### PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No   [ ] Yes
IF YES, provide, Name:  N/A
Phone Number:  N/A

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  [✓] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes   [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number  N/A
The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on  N/A
Are there 8 or more defendants in the superseding case?
  [ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [ ] No

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes    ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?    ☐ YES    ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male         ☐ Female
☑ U.S. Citizen ☐ Alien

Alias Name(s)   Cholo

This defendant is charged in:   ☐ All counts
☑ Only counts: One

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?            ☐ Yes    ☑ No
IF YES, should matter be sealed?    ☐ Yes    ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☑ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint:   N/A

b. Posted bond at complaint level on:   N/A

   in the amount of $ N/A

c. PSA supervision?          ☐ Yes    ☑ No

d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:

a. Place of incarceration:   ☐ State    ☐ Federal

b. Name of Institution:   N/A

c. If Federal: U.S. Marshal's Registration Number:
   N/A

d. ☐ Solely on this charge.  Date and time of arrest:
   N/A

e. On another conviction:     ☐ Yes    ☐ No
   IF YES:  ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges::   ☐ Yes    ☐ No
   IF YES:  ☐ State    ☐ Federal    AND
   Name of Court:   N/A

Date transferred to federal custody:   N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20 ____   21 ____   40 ____

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

Date   5/2/2014

Signature of Assistant U.S. Attorney
Christopher K. Pelham
Print Name