# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>MICHAEL THOMAS CARRANZA<br>DEFENDANT(S). | CASE NUMBER:<br>CR14-00267<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 05-15-2014, 11:30 ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒  No ☐
3. Charges under which defendant has been booked:
   21 USC 846 (Conspiracy to Distribute Methamphetamine)
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: 1968
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☒ No
    ☒ Yes  Name: LESLIE BOYCE  and Phone Number: 310-334-9044
13. Did you notify Pretrial Services? ☐ No
    ☒ If yes, please list Officer's Name: DUTY  Time: 1200 AM / ☒ PM
14. Remarks (if any): _____

15. Date: 05-15-2014
16. Name: SA MELYSSA SCHNEIDER (Please Print)
17. Agency: DEA
18. Signature: _____
19. Office Phone Number: 213-621-7030