# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00267-MWF          Recorder: Kathy Stride          Date: 05/15/2014

Present: The Honorable Victor B. Kenton, U.S. Magistrate Judge

Court Clerk: Roxanne Horan          Assistant U.S. Attorney: Vanessa Baehr-Jones

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 6.) MICHAEL THOMAS CARRANZA, aka Cholo  CUSTODY-PRESENT | 6.) LESLIE ANN BOYCE  RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 7/8/2014 at 8:30 AM
    Status Conference 6/2/2014 at 3:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: RH by TRB

cc: Statistics Clerk, PSALA USMLA