UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 14-267-MWF**                                              Dated: June 2, 2014
=================================================================
PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Julieta Lozano | Rosalyn Adams | Christopher Pelham |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Jesus Rivera
Spanish Interpreter

=================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

6)   Michael Thomas Carranza              6)   Leslie Ann Boyce
     present in custody                         present retained

11)  Jose Valdez Anaya                    11)  Reuven L. Cohen, CJA
     present in custody                         present appointed

12)  Cecilia Guadalupe Yucupicio          12)  Alexander Griggs, CJA
     present in custody                         present appointed

_____

PROCEEDINGS:  STATUS CONFERENCE RE: TRIAL

   Case called and counsel make their appearances.

   Court and counsel confer regarding status of the case and trial date. Government shall submit a stipulation to continue the current trial date.


MINUTES FORM 6                                          Initials of Deputy Clerk  jloz
CRIM -- GEN                                                              :_07__