# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9530755

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. | CR CR 14 00267 6 MWF |
| MICHAEL THOMAS CARRANZA aka Cholo 67762-112 Defendant(s) | WARRANT FOR ARREST UNDER SEAL |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MICHAEL THOMAS CARRANZA, aka Cholo** and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

FILED 2014 MAY 16 PM 3:36 CLERK US DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES BY: ___

in violation of Title **21::** United States Code, Section(s) **846:**

| Terry Nafisi | May 9, 2014  LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: PATRICK J. WALSH |
| [signature] | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED WITHIN THE C/CA
BY: DEA CUSTODY
ON: 5/15/14
SIGNED: [initials]

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR – 12 (07/04) PAGE 1 OF 2