Yolanda Barrera, Esq. (SBN 91582)
Email: ybarreralaw@gmail.com
421 E. Huntington Drive
Monrovia, CA 91016
Telephone: (626) 574-1053
Facsimile: (626) 574-9043

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 14-00267-MWF |
| v. | |
| MICHAEL THOMAS CARRANZA | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

MICHAEL THOMAS CARRANZA ☐ Plaintiff X Defendant ☐ Other _____
*Name of Party*

to substitute   Yolanda Barrera   who is

   X   Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

421 E. Huntington Drive
*Street Address*

Monrovia, California 91016                                             ybarreralaw@gmail.com
*City, State, Zip*                                                              *E-Mail Address*

626-574-1053                         626-574-9043                        91582
*Telephone Number*                   *Fax Number*                          *State Bar Number*

as attorney of record instead of   Leslie A. Boyce
                                                         *Present Attorney*

**is hereby         X GRANTED ☐ DENIED**

Dated  August 4, 2014

                                              U. S. District Judge