UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 14-267-MWF-6**                                                         Dated: January 5, 2015

===============================================================
PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present | AUSA Christopher |
|---|---|---|
| Courtroom Deputy | Court Reporter | Pelham |
| | | Asst. U.S. Attorney |
| | | Not Present |

===============================================================
U.S.A. v. (Dfts listed below)                         Attorneys for Defendants

6)   Michael Thomas Carranza                         6)   Yolanda Barrera, Rtnd.
                                                          Not Present

_____

**PROCEEDINGS (IN CHAMBERS):**     **ORDER SETTING GUILTY PLEA/ CHANGE OF PLEA HEARING**

At the request of counsel, a Change of Plea hearing is set for January 14, 2015, at 3:00 p.m., before Judge Michael W. Fitzgerald in Courtroom 1600, 312 North Spring Street, 16th Floor, Los Angeles.

**IT IS SO ORDERED.**

cc:   USPO
      PSALA
      USM