```
YOLANDA BARRERA (SBN 91582)
Attorney at Law
Email: ybarreralaw@gmail.com
421 E. Huntington Drive
Monrovia, CA   91016
Telephone (626) 574-1053
Facsimile (626) 574-9043


Attorney for Defendant
MICHAEL THOMAS CARRANZA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL THOMAS CARRANZA,<br><br>　　　　　Defendants. | NO. CR 14-00267-MWF-6<br><br>ORDER RE: SENTENCING HEARING<br><br>Sentencing hearing: 4-6-2015<br>Proposed Sent. date: 12-14-2015 |

　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the sentencing hearing date for Defendant, Michael Thomas Carranza, set for April 6, 2015, is continued to December 14, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**


Dated: March 17, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
United States District Judge


cc. USPO