1  YOLANDA BARRERA (SBN 91582)
   Attorney at Law
2  Email: ybarreralaw@gmail.com
   421 E. Huntington Drive
3  Monrovia, CA   91016
   Telephone (626) 574-1053
4  Facsimile (626) 574-9043

5

   Attorney for Defendant
6  MICHAEL THOMAS CARRANZA

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
9
                          WESTERN DIVISION
10

11 UNITED STATES OF AMERICA,       ) NO. CR 14-00267-MWF
                                   )
12              Plaintiff,         )
                                   )
13         v.                      ) ORDER RE: SENTENCING HEARING
                                   )
14 MICHAEL THOMAS CARRANZA,        ) Sentencing hearing: 12-14-2015
                                   ) NEW Sent. date: 1-25-2016
15                                 )
                Defendants.        )
16 _____)

17      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the

18 sentencing hearing date for Defendant, Michael Thomas Carranza,

19 set for December 14, 2015, at 2:00 p.m. be continued to January

20 25, 2016, at 1:30 p.m.

21 **IT IS SO ORDERED.**

22

23 Dated: November 24, 2015

24                            _____
                              HONORABLE MICHAEL W. FITZGERALD
                              United States District Judge
25

26 Presented by:

27 /s/
   _____
28 Yolanda Barrera
   Attorney for Defendant
   MICHAEL THOMAS CARRANZA