```
YOLANDA BARRERA (SBN 91582)
Attorney at Law
Email: ybarreralaw@gmail.com
421 E. Huntington Drive
Monrovia, CA  91016
Telephone (626) 574-1053
Facsimile (626) 574-9043

Attorney for Defendant
MICHAEL THOMAS CARRANZA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL THOMAS CARRANZA,<br><br>Defendants. | NO. CR 14-00267-MWF<br><br>DEFENDANT CARRANZA'S FILING OF EXHIBIT IN SUPPORT OF PREVIOUSLY FILED POSITION RE: SENTENCING FACTORS AND SENTENCING MEMORANDUM; EXHIBIT.<br><br>Sent. date: January 25, 2016<br>Sent. time: 1:30 p.m |

Defendant, Michael Thomas Carranza, by and through his counsel, Yolanda Barrera, hereby files an additional and more recent letter from him to this Court and he respectfully requests that this letter be considered in connection with his previously filed Position re: Sentencing Factors and Sentencing Memorandum.

Respectfully submitted,

/s/
_____
YOLANDA BARRERA
Attorney for Defendant
Michael Thomas Carranza

Dated: January 21, 2016

Re: Michael Thomas Carranza
Docket No: 0973 2:14CR 00267-6

Dear Judge Fitzgerald

The purpose of this letter is to express my sincere apology and regret for the criminal behavior that has landed me before this Honorable Court.

Having been raised in a broken union of drug addicted parent, the only role models I had from an early age were older peers that disregarded the law. My biological father deserted our family and I have no recollection of memories of him. Poor judgement coupled with a low self-esteem condemned me to bad choices that robbed me of freedom during my juvenile years.

Fast forward to the adult years that followed paints an undisputable picture of a life spiraling out of control destined for failure. I soon found myself in the society of prisoners swimming in the cesspool of losers.

After several periods of incarceration, today I stand before you in this Honorable Court with a new outlook on life...having a clear vision and a responsible heart.

After wasting the first third of my life, I have turned my life over to God and discovered a peace and joy that drugs nor crime could ever produce. Recognizing I could not change my behaviors myself, I've established a deeply rooted faith in Christ Jesus. No longer do I seek the shortcuts to a temporary success in order to make a fast buck and hurt those that love me the most. God has given me a new heart, new spirit and a healthy mind. Through the hardship and suffering I've endured, today I have positive goals and a burning desire to be the husband, the father, the member of my community God created me to be.

I have engaged a fresh enthusiasm to break the curse of my failures of my past and guard my freedom diligently.

Blessed with the unconditional love from my wife, we are equally yoked in spirit and strive to give our children the quality fo life they deserve...one I never knew! I appreciate the opportunity to express my humble spirit before this Honorable Court.

Michael Carranza

Re: Michael Thomas Carranza
Docket No: 0973  2:14 CR 00267-6

Dear Judge Fitzgerald,

The purpose of this letter is to express my sincere apology and regret for the criminal behavior that has landed me before this Honorable Court.

Having been raised in a broken union of drug addicted parent, the only role models I had from an early age were older peers, that disregarded the law. My biological father deserted our family and I have no recollection or memories of him. Poor judgment coupled with a low self-esteam condemned me to bad choices that robbed me of freedom during my juvenille years.

Fast forward to the adult years that followed paints an undisputable picture of a life spiralling out of control distined for failure. I soon found my-self in the society of prisoners swimming in the cesspool of losers.

After several periods of incarceration, today I stand before you in this Honorable Court with a new outlook on life having a clear vision and a responsible heart.

After wasting the first third of my life, I have turned my life over to God and discovered a peace and joy that drugs nor crime could ever produce. Recognizing I could not change my behaviors myself, I've established a deeply rooted faith in Christ Jesuse. No longer do I seek the shortcuts to a temporary success in order to make a fast buck and hurt those that love me the most, God has given me a new heart, new spirit and a healthy mind. Through the hardship and suffering I've endured, today I have positive goals and a burning desire to be the husband, the father, the member of my community, God created me to be.

I have engaged a fresh enthusiasm to break the curse of the failuars of my past and guard my freedom diligently.

Blessed with the unconditional love from my wife, we are equally yoked in spirit and strive to give our children the quality of life they deserve..... one I never knew! I appreciate the opportunity to express my humble spirit before This Honorable Court.

Michael Coy