1  YOLANDA BARRERA (SBN 91582)
   Attorney at Law
2  Email: ybarreralaw@gmail.com
   421 E. Huntington Drive
3  Monrovia, CA  91016
   Telephone (626) 574-1053
4  Facsimile (626) 574-9043

5  Attorney for Defendant
   MICHAEL THOMAS CARRANZA
6

7                  UNITED STATES DISTRICT COURT

8              FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                         WESTERN DIVISION

10 UNITED STATES OF AMERICA,        )  NO. CR 14-00267-MWF
                                    )
11          Plaintiff,               )  DEFENDANT CARRANZA'S FILING
                                    )  OF EXHIBIT IN SUPPORT OF
12     v.                            )  PREVIOUSLY FILED POSITION RE:
                                    )  SENTENCING FACTORS AND
13 MICHAEL THOMAS CARRANZA,         )  SENTENCING MEMORANDUM;
                                    )  EXHIBIT.
14                                   )
            Defendants.              )  Sent. date: January 25, 2016
15 _____ )  Sent. time: 1:30 p.m

16

17     Defendant, Michael Thomas Carranza, by and through his counsel, Yolanda

18 Barrera, hereby files an additional exhibit in support of his previously filed Position re:

19 Sentencing Factors and Sentencing Memorandum.

20     This Exhibit is a very unique Federal Bureau of Prisons Certificate awarded to Mr.

21 Carranza for "exemplary assistance during accreditation preparatory activities".

22

23                              Respectfully submitted,

24                              /s/
                                _____
25                              YOLANDA BARRERA
                                Attorney for Defendant
26 Dated: January 24, 2016      Michael Thomas Carranza

27

28

# Federal Bureau of Prisons

*Metropolitan Detention Center Los Angeles*



**Awards this certificate to**

*Michael Carranza*

for exemplary assistance during accreditation preparatory activities

_____
Health Services Administrator

_____
Date 1/22/16