# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ☐ Amended _____ )

| | |
|---|---|
| Case No.  CR 14-267-MWF | Date  January 25, 2016 |

Present: The Honorable  **MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE**

| Rita Sanchez | Anne Kielwasser | Carol Chen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 6. Michael Thomas Carranza | X | ☐ | Yolanda Barrera | X | ☐ | ☐ | n/a |

**PROCEEDINGS:   SENTENCING AND JUDGMENT HEARING   ☐ Contested   X Non-Evidentiary**

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
___ Imprisonment for  Years/months   on each of counts _____
     Count(s) _____ concurrent/consecutive to count(s) _____
     Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay $_____ per count, special assessment to the United States for a total of $_____
___ Imprisonment for  months/years   and for a study pursuant to 18 USC _____
     with results to be furnished to the Court within  days/months   whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at $_____
___ Filed and distributed judgment. ENTERED.
**X** Other   **As reflected in the reporter's notes, the Court strikes ¶¶57, 58, 59 & 61 of the Presentence Report ("PSR"). Pursuant to Fed.R.Crim.P. 32, the Court deems the Total Offense Level to be 27, the Criminal History Category is VI, and the reference to the defendant being a Career Offense is ordered removed from the PSR. In ¶87 of the PSR, the Court amends this paragraph to reflect to defendant abused methamphetamine from 2001 to 2014.**

_____ : 40

Initials of Deputy Clerk   RS

**cc: U.S. Probation Office**