# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

**\*\*\*\*\*AMENDED\*\*\*\*\***

(___ Amended _____)

| | |
|---|---|
| Case No.   CR 14-267-MWF | Date   January 25, 2016 |

Present: The Honorable   MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Anne Kielwasser | Carol Chen |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 6. Michael Thomas Carranza | X | ☐ | Yolanda Barrera | X | ☐ | ☐ | n/a |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   **X** Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

___ Imprisonment for __Years/months__ on each of counts _____

Count(s) _____ concurrent/consecutive to count(s) _____

Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $_____ per count, special assessment to the United States for a total of $_____

___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

___ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.

___ Bond exonerated _____ upon surrender _____ upon service of _____

___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release   # _____

___ Present bond to continue as bond on appeal.   ___ Appeal bond set at   $_____

___ Filed and distributed judgment. ENTERED.

**X** Other   **As reflected in the reporter's notes, the Court strikes ¶¶57, 58, 59 & 61 of the Presentence Report ("PSR"). Pursuant to Fed.R.Crim.P. 32, the Court deems the Total Offense Level to be 27, the Criminal History Category is VI, and the reference to the defendant being a Career Offense is ordered removed from the PSR. In ¶87 of the PSR, the Court order this paragraph be amended to reflect that Mr. Carranza was using methamphetamine until 2014 and that he frequently abused prescription medication he was receiving for back or foot pain or for anxiety, such as Norco and Xanax.**

: 40

Initials of Deputy Clerk   RS

cc:  U.S. Probation Office